**FILED**
CLERK, U.S. DISTRICT COURT
06/29/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 8:22-mj-00467-DUTY |
| Angelica Gomez | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: Violation Petition
in the Southern District of San Diego on 6/16/2022
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 3583
to wit: Probation Violation

A warrant for defendant's arrest was issued by: Honorable Dana M. Sabraw

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/29/22
              Date

_Signature of Agent_

J. Pham
Print Name of Agent

USMS
Agency

DUSM
Title

CR-52 (03/20)  DECLARATION RE OUT-OF-DISTRICT WARRANT