FILED
CLERK, U.S. DISTRICT COURT

JUN 29 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

              v.

ANGELICA GOMEZ,

              Defendant.

Case No. SA 22-00467M

ORDER OF DETENTION AFTER
HEARING [Fed. R. Crim. P. 32.1(a)(6);18
U.S.C. . § 3143(a)]

      The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California, for alleged violations of the terms and conditions of her supervised release; and

      The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

      The Court finds that:

A.   ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Instant allegations, no bail resources.*

and

B.    ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *Criminal history, instant allegations.*

IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings and/or transfer to the charging district.

Dated: _____6-29-2022_____

_____

DOUGLAS F. McCORMICK
United States Magistrate Judge

2